# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19CR-126 |
| Plaintiff, | JUDGE J. BARRETT |
| v. | |
| BARIS ALI KOCH, | **INDICTMENT** |
| Defendant. | 18 U.S.C. § 4 |
| | 18 U.S.C. § 1001 |

**THE GRAND JURY CHARGES**:

## BACKGROUND

Unless otherwise indicated, at times material to this Indictment:

1. On July 9, 2019, Izmir Ali Koch, the brother of **BARIS ALI KOCH**, was sentenced to thirty months' imprisonment following his conviction for committing a hate crime and lying to federal agents in *United States v. Izmir Ali Koch*, case number 1:18-CR-034.

2. Ten days later, on July 19, 2019, **BARIS ALI KOCH** obtained a duplicate driver's license from the Ohio Bureau of Motor Vehicles. **BARIS ALI KOCH** claimed he had lost his previous license.

3. On July 23, 2019, the United States Marshal Service mailed Izmir Ali Koch a notice ordering him to self-surrender to federal prison on August 16, 2019 for service of his sentence.

4. On August 7, 2019, Izmir Ali Koch hand-delivered a copy of his notice of designation letter to United States Pre-Trial Services, as previously directed.

5. On August 8, 2019, Izmir Ali Koch failed to report to his Ohio state probation officer as previously ordered in case number 2016 CR 01987/3. This state conviction was unrelated to his federal conviction in case number 1:18-CR-034.

6. On August 16, 2019, Izmir Ali Koch failed to surrender himself to the designated federal prison for service of his sentence.

7. On August 21, 2019, **BARIS ALI KOCH** obtained another duplicate driver's license from the Ohio Bureau of Motor Vehicles. **BARIS ALI KOCH** again claimed that he had lost his previous driver's license.

8. Defendant **BARIS ALI KOCH** and his brother, Izmir Ali Koch, both previously lived in Russia.

9. Izmir Ali Koch surrendered his United States and Russian passports during the pendency of case number 1:18-CR-034, and never received them back.

10. Defendant **BARIS ALI KOCH** possessed a United States passport. The United States Department of State issued **BARIS ALI KOCH** a United States passport, bearing number 507493295, on June 12, 2013. **BARIS ALI KOCH'S** United States passport does not expire until June 11, 2023.

11. On August 16, 2019, **BARIS ALI KOCH** received a DHL Express Shipment, tracking number 1242783065. The package was sent to "Baris Ali Koch, 534 Baltimore Street, Dayton, Ohio 45404." **BARIS ALI KOCH** resides at 534 Baltimore Street, Dayton, Ohio 45404. The package was sent from "Baris Ali Koch, Pr-T Stachki 25, Rostov Na Donu, Russia 344000." The package description was listed as "PASSPORT, COPIES OF DOCUMENTS."

12. The United States and Russia do not have an extradition treaty.

## COUNT 1
### (Misprision of a Felony)

On or about September 11, 2019, in the Southern District of Ohio, the defendant, **BARIS ALI KOCH**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Aggravated Identity Theft (by Misuse of a U.S. Passport), in violation of 18 U.S.C. §§ 1028A and 1544, did conceal the same by making misleading and false statements to the Federal Bureau

of Investigation agents regarding his knowledge of Izmir Ali Koch's misuse of his passport during Izmir Ali Koch's flight from the United States, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

**In violation of Title 18, United States Code, Section 4.**

## COUNT TWO
**(False Statements)**

On or about September 11, 2019, in the Southern District of Ohio, the defendant, **BARIS ALI KOCH**, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements or representations; to wit, **BARIS ALI KOCH** represented to agents of the Federal Bureau of Investigation, which is an agency of the executive branch of the federal government, that he last saw Izmir Koch on or about August 9, 2019 and that he had no knowledge or information regarding Izmir Koch's possible travel or whereabouts.

**In violation of Title 18, United States Code, Section 1001.**

A TRUE BILL

/S/
_____
GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
KELLY K. ROSSI
SPECIAL ASSISTANT UNITED STATES ATTORNEY